No. 01–7026. IN RE CERVANTES. Petition for writ of habeas corpus denied.

No. 01–6635. IN RE HILLERY. Petition for writ of mandamus denied.

No. 01–584. ADAMS ET AL. *v.* FLORIDA POWER CORP. ET AL. C. A. 11th Cir. Certiorari granted.

No. 01–521. REPUBLICAN PARTY OF MINNESOTA ET AL. *v.* KELLY, CHAIRPERSON, MINNESOTA BOARD OF JUDICIAL STANDARDS, ET AL. C. A. 8th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 00–1497. CITY OF YONKERS *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–184. BLUE DIAMOND COAL CO. *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–190. OGREN *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 01–195. LEAK *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–205. CONSOLIDATED EDISON COMPANY OF NEW YORK ET AL. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–223. CONSUMER FEDERATION OF AMERICA ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–358. CONEY ISLAND RESORTS, INC. *v.* GIULIANI, MAYOR OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.